Argued and submitted January 5, resubmitted March 22, review dismissed as improvidently allowed March 24, 1994

Max A. McKENZIE
and Debra A. McKenzie,
*Respondents on Review,*

*v.*

PACIFIC HEALTH & LIFE
INSURANCE COMPANY,
an Oregon corporation,
*Petitioner on Review.*

(CC CV-90-188; CA A67100; SC S40216)

869 P2d 859

Martin E. Hansen, of Karnopp, Petersen, Noteboom, Hubel, Hansen & Arnett, Bend, argued the cause for petitioner on review. With him on the petition were Howard G. Arnett and Brian L. Gingerich, Bend.

W. Eugene Hallman, of Mautz, Hallman, Pendleton, argued the cause and filed the response for respondents on review.

Stephen J. Connolly, Eric A. Lindenauer, Richard Baroway, and Garvey, Schuber, & Barer, Portland, filed a brief *amicus curiae* on behalf of Blue Cross and Blue Shield of Oregon.

John R. Faust, Jr., of Schwabe, Williamson & Wyatt, Portland, filed a brief *amicus curiae* on behalf of Standard Insurance Company.

Bruce J. Brothers, of Brothers, Drew & Steelhammer, Bend, filed a brief *amicus curiae* on behalf of Oregon Trial Lawyers Association.

MEMORANDUM OPINION

Carson, Chief Justice, and Gillette and Fadeley, Justices, would not have dismissed.